IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00246-DDD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JASON MCGUIRE,
2. TIMOTHY STILLER,
3. JUSTIN GAY,
4. WESLEY SCOTT TUCKER,

 Defendants.

## MOTION TO WITHDRAW AS ATTORNEY

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through JD Rowell, Assistant United States Attorney, hereby files its Motion to Withdraw Assistant United States Attorney JD Rowell as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that

//


//

1

Attorneys from the Antitrust Division of the US Department of Justice have filed entry of appearances and are receiving electronic notice.

Dated this 10th day of August, 2022.

                                                      Respectfully submitted,

                                                     Cole Finegan
                                                     United States Attorney

                                                     By: *s/ J.D. Rowell*
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   1801 California Street, Suite 1600
                                                   Denver, Colorado 80202
                                                   Telephone: 303-454-0100
                                                   Fax: 303-454-0405
                                                   Email: JD.Rowell@usdoj.gov
                                                   Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Stephanie Price*
STEPHANIE PRICE
Legal Assistant
United States Attorney's Office