**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Case No. 1:21-cr-000246-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JASON MCGUIRE,
TIMOTHY STILLER,
**JUSTIN GAY,**
**WESLEY SCOTT TUCKER,**

      Defendants.

---

### ORDER GRANTING MOTION TO DISMISS COUNT

---

The Government has moved under Fed. R. Crim. P. 48(a) to dismiss the sole count against Defendants Gay and Tucker. I find good cause to grant the Government's Unopposed Motion to Dismiss Count 1 Without Prejudice as to Defendants Gay and Tucker (Doc. 124). Count 1 is dismissed as to Defendants Justin Gay and Wesley Scott Tucker without prejudice.

DATED: August 11, 2022.              BY THE COURT:

                                       _____

                                       Daniel D. Domenico
                                       United States District Judge